UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVA GAMBLE

v.  CA 10-512 ML

STATE OF RHODE ISLAND,
DEPARTMENT OF CHILDREN, YOUTH
AND FAMILIES, and
KIMBERLY JOLY-SOW

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on February 24, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint in this matter is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
March 18, 2011